# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELLY RACKLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 15-CV-1173-SMY-DGW |
| **vs.** ) | |
| ) | |
| ) | |
| **CREDIT COLLECTION PARTNERS,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## ORDER DISMISSING CASE

This matter comes before the Court on the Plaintiff's Notice of Dismissal with prejudice (Doc. 12) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). The Court hereby **DISMISSES** this case with prejudice and without costs, disbursements or attorney fees to any party, **DISCHARGES** the Show Cause Order (Doc. 11) and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATE: February 18, 2016**                              /s/ Staci M. Yandle
                                                          **STACI M. YANDLE**
                                                          **DISTRICT JUDGE**